*Sur-O*

**FILED**
CLERK, U.S. DISTRICT COURT

NOV 21 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Christopher Eugene Barnes<br><br>Defendant. | Case No.: CR 02-985-JSL<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the C.D.Cal. for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on nature of allegations; failure to appear

1    _on Oct. 6 as ordered before Judge Letts_
2    _____
3    _____
4    and/or
5 B. ( )  The defendant has not met his/her burden of establishing by
6    clear and convincing evidence that he/she is not likely to pose
7    a danger to the safety of any other person or the community if
8    released under 18 U.S.C. § 3142(b) or (c). This finding is based
9    on:_____
10   _____
11   _____
12   _____
13   _____

14   IT THEREFORE IS ORDERED that the defendant be detained pending _without prejudice_
15   the further revocation proceedings. _It is the court's understanding_
16   _that further proceedings are to be scheduled promptly before_
17   _Judge Letts._
     Dated: _Nov. 21, 2008_

                                    _Carla M. Woehrle_
                                    _____
                                    UNITES STATES MAGISTRATE JUDGE

2